THOMAS HOLLOWAY; RESPONDENT, *v.* BENJAMIN F. STEPHENS, APPELLANT.

*Reversal of judgment — restitution of money collected under — stipulation — void as against public policy.*

A judgment was entered in this action in favor of the defendant, from which the plaintiff appealed to the General Term, where it was reversed, and a new trial ordered.

Pending the appeal, the defendant proceeded to collect the judgment by execution and levy, and the appointment of a receiver of the plaintiff's property. Certain property of the plaintiff's was sold on execution under an agreement made between the defendant and plaintiff's agent, who was the defendant's receiver, that the money should not be restored in case the judgment was reversed, and that plaintiff's agent should be permitted to purchase and become the owner of the property thus sold. After the reversal of the judgment at General Term, an order was made directing the restitution to the plaintiff of the amount collected under the judgment. *Held,* that the order was correct; that the agreement between plaintiff's agent and defendant was void, as against public policy, as it in effect provided for transferring the property of the principal to the agent, and that it was not binding upon the plaintiff.

APPEAL from an order, directing restitution to the plaintiff, of property collected under a judgment which had been reversed.

*Titus B. Eldridge,* for the appellant.

*John Clinton Gray,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with costs.